UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

In re

**BRIAN PETER TROIANO**

Case No.
Chapter 13

_____ Debtor* _____ /

### CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATION BY DEBTOR

NOTICE IS HEREBY given that, pursuant to 11 U.S.C. section 1328(a), the debtor hereby states as follows (check one of the statements listed below for each debtor):

1. Name of Debtor: _____**BRIAN PETER TROIANO**_____

☑ That debtor is not required to pay any amounts under a domestic support obligation.

☐ Debtor is required by a judicial or administrative order, or by statute, to pay a domestic support obligation, and certifies that all amounts payable under such order or such statute that are due on or before the date of the certification (including amounts due before the petition was filed, but only to the extent provided for by the plan) have been paid.

2. Name of Joint Debtor: _____ (if applicable)

☐ That Joint Debtor is not required to pay any amounts under a domestic support obligation.

☐ Joint Debtor is required by a judicial or administrative order, or by statute, to pay a domestic support obligation, and certifies that all amounts payable under such order or such statute that are due on or before the date of the certification (including amounts due before the petition was filed, but only to the extent provided for by the plan) have been paid.

I declare under penalty of perjury that the foregoing is true and correct.

**/s/ BRIAN PETER TROIANO**
**BRIAN PETER TROIANO**
Signature of Debtor

February  7, 2025
Date

* All references to "debtor" shall include and refer to both debtors in a case filed jointly by two individuals.