UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                      Case Number: 25-845-CED
                                            Chapter: 13
BRIAN P. TROIANO
    Debtor
_____/

### AMENDED SCHEDULE A/B, AMENDED C AND AMENDED SUMMARY OF SCHEDULES

Debtor amends Schedule A/B, Schedule C and Summary of Schedules which are attached hereto:

### DECLARATION

I, BRIAN P. TROIANO, declare under penalty of perjury that I have read aforesaid amended schedule A/B, Amended Schedule C and Amended Summary of Schedules attached hereto, and that they are true and correct to the best of my knowledge, information and belief.

Date: JULY 9th, 2025     _____
                          BRIAN P. TROIANO

**I HEREBY CERTIFY** that a true and correct copy of the foregoing AMENDED SCHEDULE A/B AND AMENDED SCHEDULE C AND AMENDED SUMMARY OF SCHEDULES has been furnished by U.S. Mail and/or via electronic delivery to all creditors and interested parties listed on the attached Mailing Matrix on July 9, 2025.

LAW OFFICE OF THOMAS A. NANNA, P.A.

/S/ THOMAS A. NANNA

THOMAS A. NANNA, ESQ
FLA. BAR NO. 45543
PO BOX 66626
ST. PETE BEACH, FL 33736
PHONE (813) 323-2395

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:25-bk-00845-CED<br>Middle District of Florida<br>Tampa<br>Tue Jul  8 21:21:13 EDT 2025 | Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | United States Trustee - TPA7/13 7<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | (p)AUTOMATED COLLECTION SERVICES INC ACSI<br>PO BOX 17423<br>NASHVILLE TN 37217-0423 |
| ADVENT HEALTH<br>12470 TELECOM DR STE 500<br>Tampa FL 33637-0933 | ALLY FINANCIAL, INC<br>ATTN: BANKRUPTCY<br>PO BOX 380901<br>BLOOMINGTON IL 55438-0901 | (p)FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1593 |
| Ally<br>PO Box 78252<br>Phoenix AZ 85062-8252 | BAYCARE HEALTH<br>PO BOX 31696<br>Tampa FL 33631-3696 | BUSINESS CARD<br>PO BOX 23066<br>Columbus GA 31902-3066 |
| Barclays Bank Delaware<br>125 S. West St<br>Wilmington DE 19801-5014 | BayCare Medical Group<br>BayCare Health System<br>BayCare CBO (Auto/Legal Dept)<br>2995 Drew St<br>Clearwater, FL 33759-3012 | CAPITAL ONE<br>ATTN: BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CARDMEMBER<br>PO BOX 790408<br>Saint Louis MO 63179-0408 | COMENITY BANK/VICTORIA SECRET<br>ATTN: BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 | CREDIT COLLECTION<br>725 CANTON ST<br>Norwood MA 02062-2679 |
| Capital One<br>PO Box 650007<br>Dallas TX 75265-0007 | Chase<br>PO Box 78116<br>Phoenix AZ 85062-8116 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2239 | Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | Direct TV<br>PO Box 78626<br>Phoenix AZ 85062-8626 |
| EMERGENCY MEDICAL<br>PO BOX 9430<br>Daytona Beach FL 32120-9430 | FLORIDA HOSPITAL NEW SMYRNA<br>MEDICREDIT<br>PO BOX 1629<br>Maryland Heights MO 63043-0629 | First National Bank of Omaha<br>P.O. Box 2040<br>Omaha, NE 68103-2040 |
| Florida Hospital<br>3100 East Fletcher Ave<br>Tampa FL 33613-4613 | GABA LAW CORP<br>8583 IRVINE CENTER DR<br>STE 500<br>Irvine CA 92618-4298 | GHIDOTTI BERGER LLP<br>10800 BISCAYNE BLVD<br>STE 201<br>ATTN. CHRISTOPHAL HELLEWELL<br>Miami FL 33161-7538 |

GM FINANCIAL
801 CHERRY STREET, STE. 3600
FORT WORTH TX 76102-6855

GM FINANCIAL leasing
PO BOX 78143
Phoenix AZ 85062-8143

GULF COAST COLL
PO BOX 21239
Sarasota FL 34276-4239


Higher ED Loan Authority of MO on behalf of
PO BOX 16408
St. Paul, MN 55116-0408

IC System
PO Box 64378
Saint Paul MN 55164-0378

IDEAL COLL
P.O. BOX 272407
TAMPA FL 33688-2407


IRS
PO Box 7346
Philadelphia PA 19101-7346

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JPMCB
MAILCODE LA4-7100
700 KANSAS LANE
MONROE LA 71203-4774


KATHELEEN  RERES
SHUMAKER LOOP KENDRICK
101 E. KENNEDY BLVD
STE 2800
Tampa FL 33602-5153

LEXUS FINANCIAL SERVICES
PO BOX 4102
Carol Stream IL 60197-4102

MACFARLANE  FERGUSON MCMULLE
201 N. FRANKLIN ST
Tampa FL 33602-5627


MANUEL GIALOUSIS
C/O JUSTIN ZINZOW
35111 US HWY 19 NORTH
STE 302
Palm Harbor FL 34684-1934

MOHELA/NAVIENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

Medicredit
PO Box 16023
Saint Louis MO 63105-0723


NATIONAL ENTERPRISE
2479 EDISON BLVD
UNIT A
Twinsburg OH 44087-2476

NEWREZ
ATTN: BANKRUPTCY
PO BOX 10826
GREENVILLE SC 29603-0826

ORSATTI AND ASSOC
2925 ALT 19
STE B
Palm Harbor FL 34683-1944


PROSPER
221 MAIN ST
STE. 300
San Francisco CA 94105-1909

Quantum3 Group LLC as agent for
CF Medical LLC
PO Box 788
Kirkland, WA  98083-0788

RADIOLOGY SPEC OF FLA
PO BOX 864552
Orlando FL 32886-4552


RADIUS GLOBAL
PO BOX 390846
Minneapolis MN 55439-0846

RENEW FINANCIAL
1620 E. ROSEVILLE PKWY
STE. 240
Roseville CA 95661-3303

ROCKET LOANS
ATTN: BANKRUPTCY
1050 WOODWARD AVE
DETROIT MI 48226-3573


SAFE TOUCH
C/O LESTER JACKSON
9600 SUNBEAM CTR
Jacksonville FL 32257-1101

SELECT PORTFOLIO SERVICING, INC
ATTN: BANKRUPTCY
PO BOX 65250
SALT LAKE CITY UT 84165-0250

SLICE
1620 DODGE ST
Omaha NE 68197-0003


(c)SLS
8742 KENDRICK CASTILLO WAY STE 300
HIGHLANDS RANCH CO  80129-3155

Shumacker Loop and Kendrick
PO Box 172609
Attn: Ellis Jonathan Esq
Tampa FL 33672-0609

TAROKH LAW
PO BOX 10827
Tampa FL 33679-0827

```
TOYOTA FINANCIAL SERVICES              TOYOTA FINANCIAL SERVICES              TRANSWORLD SYSTEMS
ATTN: BANKRUPTCY                       ATTN: BANKRUPTCY                       500 VIRGINIA DR
PO BOX 259001                          PO BOX 259004                          STE 514
PLANO TX 75025-9001                    PLANO TX 75025-9004                    Fort Washington PA 19034-2733


TRANSWORLD SYSTEMS                     Tampa Bay Radiology                    Tampa Bay Radiology
PO BOX 15379                           PO Box 47509                           PO Box 743854
Wilmington DE 19850-5379               Tampa FL 33646-0113                    dept 40015
                                                                              Atlanta GA 30374-3854


Toyota Motor Credit Corporation        U.S. Bank National Association, et al. UBS BANK
PO Box 9013                            323 5th Street                         PO BOX 203219
Addison, Texas 75001-9013              Eureka, CA 95501-0305                  Dallas TX 75320-3219


(p)UBS BANK USA                        UBS Band USA c/o Craig Darvin          UBS Bank USA c/o Craig Darvin
ATTN SLG GROUP                         1000 Harbour Boulevard                 1000 Harbour Boulevard
1000 HARBOR BLVD                       Weehawken, NJ 07086-6761               Weehawken NJ 07086-6761
8TH FLOOR
WEEHAWKEN NJ 07086-6761


(p)US BANK                             US BANK TRUST NATIONAL ASSOC           WELLS FARGO BANK NA
PO BOX 5229                            C/O GHIDOTTI BERGER LLP                ATTN: BANKRUPTCY
CINCINNATI OH 45201-5229               10800 BISCAYBNE BLVD STE 201           1 HOME CAMPUS MAC X2303-01A 3RD FLOOR
                                       Miami FL 33161-7538                    DES MOINES IA 50328-0001


WEST PARK VILLAGE APTS                 WF/PREFERRED                           Wells Fargo
C/O IDEAL COLLECTIONS                  ATTN: BANKRUPTCY                       PO Box 98784
PO BOX 272407                          PO BOX 51193                           Las Vegas NV 89193-8784
Tampa FL 33688-2407                    LOS ANGELES CA 90051-5493


Westchase Community Association Inc    acsi                                   alliance one
101 East Kennedy Boulevard             po box 1489                            3043 walton rd
Bank of America Plaza, Suite 2800      Goodlettsville TN 37070-1489           ste 201
Tampa, FL 33602-5179                                                          Plymouth Meeting PA 19462-2389


arm                                    ars national services                  asset care
po box 2829                            po box 469046                          3400 texoma pkwy
Camarillo CA 93011                     Escondido CA 92046-9046                ste 300
                                                                              Sherman TX 75090-1910


bay care                               berkovitch and bouskila                bfg llc
po box 31696                           1545 us 202                            116 west 23rd st
Tampa FL 33631-3696                    ste 101                                ste 74
                                       Pomona NY 10970-2951                   New York NY 10011-2599


caci                                   capio partners                         cbe
po box 791                             3400 texoma pkwy                       po box 2217
Bridgeton MO 63044-0791                ste 100                                Waterloo IA 50704-2217
                                       Sherman TX 75090-1905
```

| | | |
|---|---|---|
| childrens medical<br>31860 us 19 north<br>Palm Harbor FL 34684-3713 | clearwater pathology<br>po box 14433<br>Orlando FL 32814 | crown asset<br>3100 breckinridge blvd<br>ste. 725<br>Duluth GA 30096-7605 |
| dedicated ffinancial<br>1970 oakcrest ave<br>ste 217<br>Saint Paul MN 55113-2624 | direct tv<br>po box 5007<br>Carol Stream IL 60197-5007 | elan financial<br>po box 7790084<br>Saint Louis MO 63179 |
| florida hospital<br>po box 864810<br>Orlando FL 32886-4810 | florida sports ortho<br>po box 14000<br>Belfast ME 04915-4033 | holloway funding<br>1416 s. main st<br>Adrian MI 49221-4364 |
| mitchell d bluhm<br>1313 n. travis st<br>ste 103<br>Sherman TX 75092-5165 | navient<br>po box 740351<br>Atlanta GA 30374-0351 | nyse market<br>po box 73514<br>Chicago IL 60673-7514 |
| portfolio<br>po box 12903<br>Norfolk VA 23541-0903 | richard radman<br>708 jupiter st<br>Golden CO 80401 | rocket loan<br>1274 library st<br>2nd floor<br>Detroit MI 48226-2256 |
| sls<br>323 5th st<br>Eureka CA 95501-0305 | suncoast roofing solutions<br>6222 IROQUOIS CT<br>Odessa FL 33556-3322 | usb bank<br>c/o joshua s. bratspies<br>210 park ave<br>2nd floor<br>NJ 07932-1056 |
| westchase community ass<br>4131 Gunn Hwy<br>Tampa FL 33618-8725 | BRIAN PETER TROIANO<br>12191 W. LINEBAUGH AVE.<br>PMB #512<br>Tampa, FL 33626-1732 | Kelly Remick<br>Chapter 13 Standing Trustee<br>Post Office Box 89948<br>Tampa, FL 33689-0416 |

Thomas A Nanna
Thomas A Nanna PA
PO Box 66626
St. Pete Beach, FL 33736-6626


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| ACSI<br>2802 OPRYLAND DR<br>Nashville TN 37214 | AMERIFIRST HOME IMPROVEMENT FINANCE<br>ATTN: BANKRUPTCY<br>11171 MILL VALLEY RD<br>OMAHA NE 68154 | Compass Bank<br>PO Box 10566<br>Birmingham AL 35296 |

```
DSNB BLOOMINGDALES              (d)PNC BANK                     UBS BANK USA
ATTN: BANKRUPTCY                PO BOX 856177                   299 SOUTH MAIN STREET
PO BOX 8053                     Louisville KY 40285             SALT LAKE CITY UT 84111
MASON OH 45040


US BANK
PO BOX 790408
Saint Louis MO 63179
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

```
SLS
8742 LUCENT BLVD
STE. 300
Littleton CO 80129
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)U.S. Bank Trust National Association, as T    (u)U.S.Bank Trust National Association, as Tr    (d)Ally Bank c/o AIS Portfolio Services, LLC
                                                                                                   4515 N. Santa Fe Ave. Dept. APS
                                                                                                   Oklahoma City, OK 73118-7901


(u)FNBO SLICE                                    End of Label Matrix
                                                 Mailable recipients   111
                                                 Bypassed recipients     4
                                                 Total                 115
```

**Fill in this information to identify your case and this filing:**

Debtor 1: **BRIAN PETER TROIANO**
First Name    Middle Name    Last Name

Debtor 2: 
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

Case number: 8:25-bk-00845

■ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

**1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
■ Yes. Where is the property?

1.1

**10119 parley drive**
Street address, if available, or other description

**Tampa    FL    33626-0000**
City    State    ZIP Code

**Hillsborough**
County

**What is the property?** Check all that apply
■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:
**homestead- 8 yrs at this residence**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**    **Current value of the portion you own?**
**$885,000.00**                            **$885,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Joint tenant**

☐ Check if this is community property (see instructions)

**2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................................=>**    **$885,000.00**

### Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

Debtor 1  **BRIAN PETER TROIANO**                              Case number *(if known)*  **8:25-bk-00845**

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

   3.1  Make: **FORD**
        Model: **EXPEDITION**
        Year: **2020**
        Approximate mileage: **77,000**
        Other information:

   Who has an interest in the property? Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ■ At least one of the debtors and another

   ☐ Check if this is community property
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property?  **$45,000.00**
   Current value of the portion you own?  **$45,000.00**

   3.2  Make: **LEXUS**
        Model: **GS 200t**
        Year: **2017**
        Approximate mileage: **78,000**
        Other information:

   Who has an interest in the property? Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ■ At least one of the debtors and another

   ☐ Check if this is community property
   (see instructions)

   Current value of the entire property?  **$20,000.00**
   Current value of the portion you own?  **$20,000.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>   **$65,000.00**

**Part 3:  Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | living room furniture, dinette, 4 bedrooms, patio furniture, ent ctr | $700.00 |

   | OFFICE DESK, OFFICE CHAIR, OFFICE SUPPLIES, PRINTER/SCANNER, COMPUTER | $150.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | tv, computer, printer, cell phone | $100.00 |

Debtor 1  **BRIAN PETER TROIANO**     Case number *(if known)*  8:25-bk-00845

8. **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ■ No
    ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ■ No
    ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | wardrobe | $25.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

    | dog | $1.00 |
    |---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ■ Yes. Give specific information.....

    | housewares<br>kitchenwares<br>small appliances<br>linens | $25.00 |
    |---|---|

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................  **$1,001.00**

**Part 4:** Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?   Current value of the portion you own? Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes.................................................................................

| Debtor 1 | BRIAN PETER TROIANO | | Case number *(if known)* | 8:25-bk-00845 |

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes.......................   Institution name:
   **Bank of America**

   17.1.  **Checking**   Only Wages into this account   $1,050.00

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes................   Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes.  Give specific information about them...................

   Name of entity:                                  % of ownership:

   **RVV EQUITIES**                                 100    %         $1.00

   **TROIANO INTERNATIONAL, INC.**
   **INACTIVE -3 YRS**
   **NOT OPERATIONAL**                              100    %         $0.00

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
       Issuer name:

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ■ No
   ☐ Yes. List each account separately.
       Type of account:            Institution name:

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. .....................   Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............   Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes.............   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

| Debtor 1 | BRIAN PETER TROIANO | Case number *(if known)* | 8:25-bk-00845 |
|---|---|---|---|

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    
    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................... **$1,051.00**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

Debtor 1    **BRIAN PETER TROIANO**        Case number *(if known)*    **8:25-bk-00845**

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☒ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ☒ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☒ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................    **$0.00**

**Part 8:** **List the Totals of Each Part of this Form**

55. **Part 1: Total real estate, line 2** ........................................................................................................    **$885,000.00**
56. **Part 2: Total vehicles, line 5**    **$65,000.00**
57. **Part 3: Total personal and household items, line 15**    **$1,001.00**
58. **Part 4: Total financial assets, line 36**    **$1,051.00**
59. **Part 5: Total business-related property, line 45**    **$0.00**
60. **Part 6: Total farm- and fishing-related property, line 52**    **$0.00**
61. **Part 7: Total other property not listed, line 54**    +    **$0.00**

62. **Total personal property.** Add lines 56 through 61...    **$67,052.00**    Copy personal property total    **$67,052.00**

63. **Total of all property on Schedule A/B**. Add line 55 + line 62    **$952,052.00**

Fill in this information to identify your case:

Debtor 1: **BRIAN PETER TROIANO**

Debtor 2 (Spouse if, filing):

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

Case number (if known): 8:25-bk-00845

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt      4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own (Copy the value from *Schedule A/B*) | Amount of the exemption you claim (Check only one box for each exemption.) | Specific laws that allow exemption |
|---|---|---|---|
| **10119 parley drive Tampa, FL 33626 Hillsborough County homestead- 8 yrs at this residence** <br> Line from *Schedule A/B*: **1.1** | $885,000.00 | ☒ $1.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02 |
| **2020 FORD EXPEDITION 77,000 miles** <br> Line from *Schedule A/B*: **3.1** | $45,000.00 | ☒ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art. X, § 4(a)(2) |
| **living room furniture, dinette, 4 bedrooms, patio furniture, ent ctr** <br> Line from *Schedule A/B*: **6.1** | $700.00 | ☒ $700.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| **OFFICE DESK, OFFICE CHAIR, OFFICE SUPPLIES, PRINTER/SCANNER, COMPUTER** <br> Line from *Schedule A/B*: **6.2** | $150.00 | ☒ $150.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art. X, § 4(a)(2) |
| **tv, computer, printer, cell phone** <br> Line from *Schedule A/B*: **7.1** | $100.00 | ☒ $100.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |

| Debtor 1 | **BRIAN PETER TROIANO** | | Case number (if known) | **8:25-bk-00845** |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **wardrobe**<br>Line from Schedule A/B: **11.1** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| **housewares kitchenwares small appliances linens**<br>Line from Schedule A/B: **14.1** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Fill in this information to identify your case:

Debtor 1: **BRIAN PETER TROIANO**
First Name    Middle Name    Last Name

Debtor 2: (Spouse if, filing)
First Name    Middle Name    Last Name

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

Case number (if known): 8:25-bk-00845

☐ Check if this is an amended filing

Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B............................................. $ **885,000.00**

   1b. Copy line 62, Total personal property, from Schedule A/B................................ $ **67,052.00**

   1c. Copy line 63, Total of all property on Schedule A/B........................................... $ **952,052.00**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*  $ **745,450.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................  $ **0.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*..........  $ **347,145.00**

   **Your total liabilities** $ **1,092,595.00**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*.............................................  $ **19,543.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*.......................................................  $ **12,063.00**

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 1 of 2

Debtor 1  **BRIAN PETER TROIANO**  Case number *(if known)* **8:25-bk-00845**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    $ **19,543.00**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 12,295.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 12,295.00 |