# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

IN RE:

BRIAN PETER TROIANO

                                                  CASE NO. 8:25-bk-00845-CED

    Debtor.

_____

**SECOND AMENDED CHAPTER 13 PLAN**

A.    **NOTICES**.

**Debtor[1] must check one box on each line to state whether or not the Plan includes each of the following items. If an item is checked as "Not Included," if both boxes are checked, or if neither box is checked, the provision will be ineffective if set out later in the Plan.**

| Provision | Included | Not Included |
|---|---|---|
| A limit on the amount of a secured claim based on a valuation that may result in a partial payment or no payment at all to the secured creditor. See Sections C.5(d) and (e). A separate motion will be filed. | ☐ | ☒ |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest under 11 U.S.C. § 522(f). A separate motion will be filed. See Section C.5(e). | ☐ | ☒ |
| Provisions for student loan(s), set out in Section E. | ☐ | ☒ |
| Nonstandard Provisions, set out in Section E. | ☐ | ☒ |
| THIS AMENDED PLAN PROVIDES FOR PAYMENTS TO US BANK TO BE INCLUDED IN PLAN PAYMENTS; THE AUTOMATIC STAY IS REINSTATED AS TO THIS CREDITOR. | ☒ | ☐ |

**NOTICE TO DEBTOR:  IF YOU ELECT TO MAKE DIRECT PAYMENTS TO A SECURED CREDITOR UNDER SECTION C.5(i) OF THIS PLAN, TO SURRENDER THE SECURED CREDITOR'S COLLATERAL UNDER SECTION C.5(j), TO NOT MAKE PAYMENTS TO THE SECURED CREDITOR UNDER SECTION C.5(k), OR IF PAYMENTS TO A SECURED CREDITOR ARE NOT SPECIFICALLY INCLUDED IN THE PLAN PAYMENTS, THE AUTOMATIC STAY DOES NOT APPLY, AND THE CREDITOR MAY TAKE ACTION TO FORECLOSE OR REPOSSESS THE COLLATERAL.**

**SECURED CREDITORS INCLUDE THE HOLDERS OF MORTGAGE LOANS, CAR LOANS, AND OTHER LOANS FOR WHICH THE SECURED CREDITOR HAS A SECURITY INTEREST IN PERSONAL OR REAL PROPERTY COLLATERAL.**

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

B. **MONTHLY PLAN PAYMENTS**. Plan payments ("Plan Payments") include the Trustee's fee of 10% and shall begin 30 days from the petition filing/conversion date. Debtor shall make Plan Payments to the Trustee for the period of 60 months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payments under the Plan and may cause an increased distribution to the unsecured class of creditors.

$6,840.00     from month 1 through 5; and
$10,808.00    from month 6 through 60.

C. **PROPOSED DISTRIBUTIONS**.

  1. **ADMINISTRATIVE ATTORNEY'S FEES**.

     **Base Fee $5,000     Total Paid Prepetition $3,600     Balance Due $1,400**

     **MMM Fee $_____ Total Paid Prepetition $_____ Balance Due $_____**

     **Estimated Monitoring Fee at $50 per Month.**

     **Attorney's Fees Payable Through Plan at $ 100 Monthly (subject to adjustment).**

  2. **DOMESTIC SUPPORT OBLIGATIONS (as defined in 11 U.S.C. § 101(14A))**.

| Acct. No. | Creditor | Total Claim Amount |
|---|---|---|
| NONE | | |
| | | |

  3. **PRIORITY CLAIMS (as defined in 11 U.S.C. § 507)**.

| Last Four Digits of Acct. No. | Creditor | Total Claim Amount |
|---|---|---|
| NONE | INTERNAL REVENUE SERVICE | $17,200 |
| | | |

  4. **TRUSTEE FEES**. From each Plan Payment received from Debtor, the Trustee shall receive a fee, the percentage of which is fixed periodically by the United States Trustee.

  5. **SECURED CLAIMS**. Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments. The Trustee shall disburse adequate protection payments to secured creditors prior to confirmation, as soon as practicable, if the Plan provides for payment to the secured creditor, the secured creditor has filed a proof of claim, or Debtor or Trustee has filed a proof of claim for the secured creditor under 11 U.S.C. § 501(c), and no objection to the claim is pending. If Debtor's Plan Payments are timely paid, payments to secured

creditors under the Plan shall be deemed contractually paid on time.

**(a) Claims Secured by Debtor's Principal Residence that Debtor Intends to Retain — Mortgage, HOA and Condominium Association Assessments, and Arrears, if any, Paid Through the Plan Under 11 U.S.C. § 1322(b)(5).** Debtor will cure prepetition arrearages and maintain regular monthly postpetition payments on the following claims secured by Debtor's principal residence. Under 11 U.S.C. § 1328(a)(1), Debtor will not receive a discharge of personal liability on these claims.

Postpetition mortgage payments must be included in the Plan Payments. Mortgage payments are due on the first payment due date after the case is filed and continue monthly thereafter. The amount of postpetition mortgage payments may be adjusted as provided for under the loan documents. Postpetition ongoing homeowner's association and condominium association assessments may be included in the Plan or may be paid direct. If Debtor intends to pay postpetition assessments through the Plan, list the Regular Monthly Payment. If Debtor intends to pay postpetition assessments direct, state "Direct" in the Regular Monthly Payment column.

| Last Four Digits of Acct. No. | Creditor | Collateral Address | Regular Monthly Payment | Gap Payment | Arrears |
|---|---|---|---|---|---|
| 8760 | US BANK | 10119 PARLEY DR. TAMPA, FL 33626 | $2,801.15 | $2,801.15 | $180,835.22 |
|  | WESTCHASE COMM. ASSOC | 10119 PARLEY DR. TAMPA, FL 33626 | $78.00 | $78.00 | $2,649.00 |

**(b) Claims Secured by Other Real Property that Debtor Intends to Retain — Mortgage, HOA and Condominium Association Assessments, and Arrears, if any, Paid Through the Plan Under 11 U.S.C. § 1322(b)(5).** Debtor will cure prepetition arrearages and maintain regular monthly postpetition payments on the following claims secured by Debtor's real property. Under 11 U.S.C. § 1328(a)(1), Debtor will not receive a discharge of personal liability on these claims.

Postpetition mortgage payments must be included in the Plan Payments. Mortgage payments are due on the first payment due date after the case is filed and continue monthly thereafter. The amount of postpetition mortgage payments may be adjusted as provided for under the loan documents. Postpetition ongoing homeowner's association and condominium association assessments may be included in the Plan or may be paid direct. If Debtor intends to pay postpetition assessments through the Plan, list the Regular Monthly Payment. If Debtor intends to pay postpetition assessments direct, state "Direct" in the Regular Monthly Payment column.

| Last Four Digits of Acct. No. | Creditor | Collateral Address | Regular Monthly Payment | Gap Payment | Arrears |
|---|---|---|---|---|---|
| NONE |  |  |  |  |  |

|  |  |  |  |  |  |
|--|--|--|--|--|--|
|  |  |  |  |  |  |

**(c) Claims Secured by Real Property — Debtor Seeks Mortgage Modification Mediation (MMM). No later than 90 days from the petition date or the date the case converts to Chapter 13, Debtor shall file a motion seeking MMM. Information and forms related to MMM are available in the Court's Procedure Manual on the Court's website, www.flmb.uscourts.gov.** Pending the resolution of the MMM, the Plan Payments must include the following adequate protection payments to the Trustee: (1) for *homestead* property, the lesser of 31% of gross monthly income of Debtor and non-filing spouse, if any (after deducting homeowner's association fees), or the normal monthly contractual mortgage payment; or (2) for *non-homestead*, income-producing property, 75% of the gross rental income generated from the property. ==Notwithstanding the foregoing, the adequate protection payment must be no less than the amount sufficient to pay (1) homeowner's association fees, and (2) 1/12 of the annual ad valorem property taxes and annual homeowner's insurance premium.== If Debtor obtains a modification of the mortgage, the modified payments must be included in the Plan Payments. Debtor will not receive a discharge of personal liability on these claims.

| Last Four Digits of Acct. No. | Creditor | Collateral Address | Adequate Protection Payment |
|---|---|---|---|
| NONE |  |  |  |
|  |  |  |  |

**(d) Claims Secured by Real Property or Personal Property to Which 11 U.S.C. § 506 Valuation Applies (Strip Down).** Under 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence. **A separate motion to determine secured status or to value the collateral must be filed.** Payment on the secured portion of the claim, estimated below, is included in the Plan Payments. Unless otherwise stated in Section E, the Plan Payments do not include payments for escrowed property taxes or insurance.

| Last Four Digits of Acct. No. | Creditor | Collateral Description/ Address | Claim Amount | Value | Payment Through Plan | Interest Rate |
|---|---|---|---|---|---|---|
| NONE |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

**(e) Liens to be Avoided Under 11 U.S.C. § 522 or Stripped Off Under 11 U.S.C. § 506.** Debtor must file a separate motion (i) under 11 U.S.C. § 522 to avoid a judicial lien or a nonpossessory, nonpurchase-money security interest because it impairs an exemption or (ii) under 11 U.S.C. § 506 to determine secured status and to strip a lien.

| Last Four Digits of Acct. No. | Creditor | Collateral Description / Address |
|---|---|---|
| NONE |  |  |

|  |  |  |
| --- | --- | --- |

**(f) Payments on Claims Secured by Real Property and/or Personal Property to Which 11 U.S.C. § 506 Valuation DOES NOT APPLY Under the Final Paragraph in 11 U.S.C. § 1325(a).** The claims listed below were either: (1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for Debtor's personal use; or (2) incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value. These claims will be paid in full under the Plan with interest at the rate stated below.

| Last Four Digits of Acct. No. | Creditor | Collateral Description/ Address | Claim Amount | Payment Through Plan | Interest Rate |
|---|---|---|---|---|---|
| NONE | | | | | |
| | | | | | |

**(g) Claims Secured by Real or Personal Property to be Paid with Interest Through the Plan Under 11 U.S.C. § 1322(b)(2) and § 1322(c)(2) (for claims secured by Debtor's principal residence that mature during the Plan).** The following secured claims will be paid in full under the Plan with interest at the rate stated below.

| Last Four Digits of Acct. No. | Creditor | Collateral Description/ Address | Claim Amount | Payment Through Plan | Interest Rate |
|---|---|---|---|---|---|
| NONE | HOLLOWAY FUNDING | RVV EQUITIES CORP | $8,350 | $202 | 9.0 |
| | IRS | 10119 PARLEY DR. TAMPA, FL 33626 | $134,550 | $3,026 | 7 |

**(h) Claims Secured by Personal Property — Maintaining Regular Payments and Curing Arrearages, if any, Under 11 U.S.C. § 1322(b)(5).** Under 11 U.S.C. § 1328(a)(1), unless the principal amount of the claim is paid in full through the Plan, Debtor will not receive a discharge of personal liability on these claims.

| Last Four Digits of Acct. No. | Creditor | Collateral Description | Regular Contractual Payment | Arrearage |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |

**(i) Secured Claims Paid Directly by Debtor.** The following secured claims are paid via automatic debit/draft from Debtor's depository account and will continue to be paid directly to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. Because these secured claims are not provided for under the Plan, under 11 U.S.C § 1328(a), Debtor will not receive a discharge of personal liability on these claims.

| Last Four Digits of Acct. No. | Creditor | Property/Collateral |
|---|---|---|
| 2158 | ALLY BANK | FORD EXPEDITION |
| 3247 | TOYOTA MOTOR CREDIT CORP/AKA LEXUS FININANCIAL | LEXUS GS |
|  | RENEW FINANCIAL | 10119 PARLEY DR- TAMPA, FL |
|  | SUNCOAST ROOFING | 10119 PARLEY DR- TAMPA, FL |

**(j) Surrender of Collateral/Property that Secures a Claim.** Debtor will surrender the following collateral/property. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors upon the filing of this Plan.

| Last Four Digits of Acct. No. | Creditor | Collateral Description/Address |
|---|---|---|
| NONE |  |  |
|  |  |  |

**(k) Secured Claims that Debtor Does Not Intend to Pay.** Debtor does not intend to make payments to the following secured creditors. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor with respect to these creditors upon the filing of this Plan. Debtor's state law contract rights and defenses are neither terminated nor abrogated. Because these secured claims are not provided for under the Plan, under 11 U.S.C § 1328(a), Debtor will not receive a discharge of personal liability on these claims.

| Last Four Digits of Acct. No. | Creditor | Collateral Description/Address |
|---|---|---|
| NONE |  |  |

|  |  |  |
|---|---|---|
|  |  |  |

**6.     LEASES/EXECUTORY CONTRACTS.** As and for adequate protection, the Trustee shall disburse payments to creditors under leases or executory contracts prior to confirmation of the Plan, as soon as practicable, if the Plan provides for payment to creditor/lessor, the creditor/lessor has filed a proof of claim, or Debtor or Trustee has filed a proof of claim for the secured creditor/lessor under 11 U.S.C. § 501(c), and no objection to the claim is pending. If Plan Payments are timely paid, payments to creditors/lessors under the Plan shall be deemed contractually paid on time.

**(a) Assumption of Leases/Executory Contracts for Real or Personal Property to be Paid and Arrearages Cured Through the Plan Under 11 U.S.C. § 1322(b)(7).** Debtor assumes the following leases/executory contracts and proposes the prompt cure of any prepetition arrearage as follows. Under 11 U.S.C. § 1328(a)(1), if the claim of the lessor/creditor is not paid in full through the Plan, Debtor will not receive a discharge of personal liability on these claims.

| Last Four Digits of Acct. No. | Creditor/Lessor | Description of Leased Property | Regular Contractual Payment | Arrearage and Proposed Cure |
|---|---|---|---|---|
| NONE |  |  |  |  |
|  |  |  |  |  |

**(b) Assumption of Leases/Executory Contracts for Real or Personal Property to be Paid Directly by Debtor.** Debtor assumes the following lease/executory contracts that are paid via automatic debit/draft from Debtor's depository account and are to continue to be paid directly to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. Because these leases/executory contracts are not provided for under the Plan, under 11 U.S.C § 1328(a), Debtor will not receive a discharge of personal liability on these claims.

| Last Four Digits of Acct. No. | Creditor/Lessor | Property/Collateral |
|---|---|---|
| NONE |  |  |
|  |  |  |

**(c) Rejection of Leases/Executory Contracts and Surrender of Real or Personal Leased Property.** Debtor rejects the following leases/executory contracts and will surrender the following leased real or personal property. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan.

| Last Four Digits of Acct. No. | Creditor/Lessor | Property/Collateral to be Surrendered |
|---|---|---|
| NONE | | |
| | | |

7. **GENERAL UNSECURED CREDITORS.** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above-referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than $20,000.

D. **GENERAL PLAN PROVISIONS:**

1. Secured creditors, whether or not provided for under the Plan, shall retain the liens securing their collateral.

2. Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by order of the Court.

3. If Debtor fails to check (a) or (b) below, or if Debtor checks both (a) and (b), property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise. Property of the estate

   **(a)** _____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise, or

   **(b)** X shall vest in Debtor upon confirmation of the Plan.

4. The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the proofs of claim as filed and allowed. Unless otherwise ordered by the Court, the Trustee shall only pay creditors with filed and allowed proofs of claim. An allowed proof of claim will control, unless the Court orders otherwise.

5. Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

6. Debtor must timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor must provide the Trustee with a statement to that effect.) For each tax return that becomes due after the case is filed, Debtor must provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return. Unless consented to by the Trustee or ordered by the Court, Debtor must turn over to the Trustee all tax refunds in addition to the Plan Payments. Debtor must not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtor must not spend any tax refund without first having obtained the Trustee's consent or Court approval.**

_____
_____
_____

E.  **NONSTANDARD PROVISIONS as Defined in Federal Rule of Bankruptcy Procedure 3015(c)**. Note: Any nonstandard provisions of this Plan other than those set out in this Section are deemed void and are stricken. **NONE**

### CERTIFICATION

By filing this document, the Attorney for Debtor, or Debtor, if not represented by an attorney, certifies that the wording and order of the provisions in this Chapter 13 Plan are identical to those contained in the Model Plan adopted by this Court, and that this Plan contains no additional or deleted wording or nonstandard provisions other than any nonstandard provisions included in Section E.

**SIGNATURE(S):**

**Debtor**

_____[signature]_____  Date 7/7/25
BRIAN PETER TROIANO

**Attorney for Debtor(s)**

/S/ THOMAS A. NANNA                                   JULY 7, 2025
_____   Date _____

11

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

**BRIAN PETER TROIANO**                     **CHAPTER 13**
                                                                    **CASE NO. 8:25-bk-00845-CED**
　　　Debtor.
_____/

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that a true and correct copy of the attached SECOND AMENDED CHAPTER 13 PLAN has been furnished via electronic delivery to Chapter 13 Trustee- Kelly Remick and via U.S. Mail to all creditors and interested parties on the attached Mailing Matrix on July 9, 2025.


　　　　　　　　　　　　　　　　　　　/s/ Thomas A. Nanna
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　THOMAS A. NANNA, ESQ.
　　　　　　　　　　　　　　　　　FLA. BAR NO. 45543
　　　　　　　　　　　　　　　　　PO BOX 66626
　　　　　　　　　　　　　　　　　ST. PETERSBURG, FL 33736
　　　　　　　　　　　　　　　　　PHONE (813) 323-2395
　　　　　　　　　　　　　　　　　Thomas@NannaLaw.com

```
Label Matrix for local noticing          Ally Bank c/o AIS Portfolio Services, LLC     Florida Dept of Revenue
113A-8                                   4515 N Santa Fe Ave. Dept. APS                P.O. Box 6668
Case 8:25-bk-00845-CED                   Oklahoma City, OK 73118-7901                  Tallahassee, FL 32314-6668
Middle District of Florida
Tampa
Tue Jul  8 21:21:13 EDT 2025

IRS                                      United States Trustee - TPA7/13 7             (p)AUTOMATED COLLECTION SERVICES INC ACSI
Centralized Insolvency Operations        Timberlake Annex, Suite 1200                  PO BOX 17423
P.O. Box 7346                            501 E Polk Street                             NASHVILLE TN 37217-0423
Philadelphia, PA 19101-7346              Tampa, FL 33602-3949


ADVENT HEALTH                            ALLY FINANCIAL, INC                           (p)FIRST NATIONAL BANK OF OMAHA
12470 TELECOM DR STE 500                 ATTN: BANKRUPTCY                              1620 DODGE ST
Tampa FL 33637-0933                      PO BOX 380901                                 STOP CODE 3113
                                         BLOOMINGTON IL 55438-0901                     OMAHA NE 68102-1593


Ally                                     BAYCARE HEALTH                                BUSINESS CARD
PO Box 78252                             PO BOX 31696                                  PO BOX 23066
Phoenix AZ 85062-8252                    Tampa FL 33631-3696                           Columbus GA 31902-3066



Barclays Bank Delaware                   BayCare Medical Group                         CAPITAL ONE
125 S. West St                           BayCare Health System                         ATTN: BANKRUPTCY
Wilmington DE 19801-5014                 BayCare CBO (Auto/Legal Dept)                 PO BOX 30285
                                         2995 Drew St                                  SALT LAKE CITY UT 84130-0285
                                         Clearwater, FL 33759-3012


CARDMEMBER                               COMENITY BANK/VICTORIA SECRET                 CREDIT COLLECTION
PO BOX 790408                            ATTN: BANKRUPTCY                              725 CANTON ST
Saint Louis MO 63179-0408                PO BOX 182125                                 Norwood MA 02062-2679
                                         COLUMBUS OH 43218-2125


Capital One                              Chase                                         (p)PNC BANK RETAIL LENDING
PO Box 650007                            PO Box 78116                                  P O BOX 94982
Dallas TX 75265-0007                     Phoenix AZ 85062-8116                         CLEVELAND OH 44101-4982



(p)DSNB MACY S                           Department of Revenue                         Direct TV
CITIBANK                                 PO Box 6668                                   PO Box 78626
1000 TECHNOLOGY DRIVE MS 777             Tallahassee, FL 32314-6668                    Phoenix AZ 85062-8626
O FALLON MO 63368-2239



EMERGENCY MEDICAL                        FLORIDA HOSPITAL NEW SMYRNA                   First National Bank of Omaha
PO BOX 9430                              MEDICREDIT                                    P.O. Box 2040
Daytona Beach FL 32120-9430              PO BOX 1629                                   Omaha, NE 68103-2040
                                         Maryland Heights MO 63043-0629



Florida Hospital                         GABA LAW CORP                                 GHIDOTTI BERGER LLP
3100 East Fletcher Ave                   8583 IRVINE CENTER DR                         10800 BISCAYNE BLVD
Tampa FL 33613-4613                      STE 500                                       STE 201
                                         Irvine CA 92618-4298                          ATTN. CHRISTOPHAL HELLEWELL
                                                                                       Miami FL 33161-7538
```

| | | |
|---|---|---|
| GM FINANCIAL<br>801 CHERRY STREET, STE. 3600<br>FORT WORTH TX 76102-6855 | GM FINANCIAL leasing<br>PO BOX 78143<br>Phoenix AZ 85062-8143 | GULF COAST COLL<br>PO BOX 21239<br>Sarasota FL 34276-4239 |
| Higher ED Loan Authority of MO on behalf of<br>PO BOX 16408<br>St. Paul, MN 55116-0408 | IC System<br>PO Box 64378<br>Saint Paul MN 55164-0378 | IDEAL COLL<br>P.O. BOX 272407<br>TAMPA FL 33688-2407 |
| IRS<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JPMCB<br>MAILCODE LA4-7100<br>700 KANSAS LANE<br>MONROE LA 71203-4774 |
| KATHELEEN  RERES<br>SHUMAKER LOOP KENDRICK<br>101 E. KENNEDY BLVD<br>STE 2800<br>Tampa FL 33602-5153 | LEXUS FINANCIAL SERVICES<br>PO BOX 4102<br>Carol Stream IL 60197-4102 | MACFARLANE  FERGUSON MCMULLE<br>201 N. FRANKLIN ST<br>Tampa FL 33602-5627 |
| MANUEL GIALOUSIS<br>C/O JUSTIN ZINZOW<br>35111 US HWY 19 NORTH<br>STE 302<br>Palm Harbor FL 34684-1934 | MOHELA/NAVIENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 | Medicredit<br>PO Box 16023<br>Saint Louis MO 63105-0723 |
| NATIONAL ENTERPRISE<br>2479 EDISON BLVD<br>UNIT A<br>Twinsburg OH 44087-2476 | NEWREZ<br>ATTN: BANKRUPTCY<br>PO BOX 10826<br>GREENVILLE SC 29603-0826 | ORSATTI AND ASSOC<br>2925 ALT 19<br>STE B<br>Palm Harbor FL 34683-1944 |
| PROSPER<br>221 MAIN ST<br>STE. 300<br>San Francisco CA 94105-1909 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | RADIOLOGY SPEC OF FLA<br>PO BOX 864552<br>Orlando FL 32886-4552 |
| RADIUS GLOBAL<br>PO BOX 390846<br>Minneapolis MN 55439-0846 | RENEW FINANCIAL<br>1620 E. ROSEVILLE PKWY<br>STE. 240<br>Roseville CA 95661-3303 | ROCKET LOANS<br>ATTN: BANKRUPTCY<br>1050 WOODWARD AVE<br>DETROIT MI 48226-3573 |
| SAFE TOUCH<br>C/O LESTER JACKSON<br>9600 SUNBEAM CTR<br>Jacksonville FL 32257-1101 | SELECT PORTFOLIO SERVICING, INC<br>ATTN: BANKRUPTCY<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250 | SLICE<br>1620 DODGE ST<br>Omaha NE 68197-0003 |
| (c)SLS<br>8742 KENDRICK CASTILLO WAY STE 300<br>HIGHLANDS RANCH CO  80129-3155 | Shumacker Loop and Kendrick<br>PO Box 172609<br>Attn: Ellis Jonathan Esq<br>Tampa FL 33672-0609 | TAROKH LAW<br>PO BOX 10827<br>Tampa FL 33679-0827 |

| | | |
|---|---|---|
| TOYOTA FINANCIAL SERVICES<br>ATTN: BANKRUPTCY<br>PO BOX 259001<br>PLANO TX 75025-9001 | TOYOTA FINANCIAL SERVICES<br>ATTN: BANKRUPTCY<br>PO BOX 259004<br>PLANO TX 75025-9004 | TRANSWORLD SYSTEMS<br>500 VIRGINIA DR<br>STE 514<br>Fort Washington PA 19034-2733 |
| TRANSWORLD SYSTEMS<br>PO BOX 15379<br>Wilmington DE 19850-5379 | Tampa Bay Radiology<br>PO Box 47509<br>Tampa FL 33646-0113 | Tampa Bay Radiology<br>PO Box 743854<br>dept 40015<br>Atlanta GA 30374-3854 |
| Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 | U.S. Bank National Association, et al.<br>323 5th Street<br>Eureka, CA 95501-0305 | UBS BANK<br>PO BOX 203219<br>Dallas TX 75320-3219 |
| (p)UBS BANK USA<br>ATTN SLG GROUP<br>1000 HARBOR BLVD<br>8TH FLOOR<br>WEEHAWKEN NJ 07086-6761 | UBS Band USA c/o Craig Darvin<br>1000 Harbour Boulevard<br>Weehawken, NJ 07086-6761 | UBS Bank USA c/o Craig Darvin<br>1000 Harbour Boulevard<br>Weehawken NJ 07086-6761 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US BANK TRUST NATIONAL ASSOC<br>C/O GHIDOTTI BERGER LLP<br>10800 BISCAYBNE BLVD STE 201<br>Miami FL 33161-7538 | WELLS FARGO BANK NA<br>ATTN: BANKRUPTCY<br>1 HOME CAMPUS MAC X2303-01A 3RD FLOOR<br>DES MOINES IA 50328-0001 |
| WEST PARK VILLAGE APTS<br>C/O IDEAL COLLECTIONS<br>PO BOX 272407<br>Tampa FL 33688-2407 | WF/PREFERRED<br>ATTN: BANKRUPTCY<br>PO BOX 51193<br>LOS ANGELES CA 90051-5493 | Wells Fargo<br>PO Box 98784<br>Las Vegas NV 89193-8784 |
| Westchase Community Association Inc<br>101 East Kennedy Boulevard<br>Bank of America Plaza, Suite 2800<br>Tampa, FL 33602-5179 | acsi<br>po box 1489<br>Goodlettsville TN 37070-1489 | alliance one<br>3043 walton rd<br>ste 201<br>Plymouth Meeting PA 19462-2389 |
| arm<br>po box 2829<br>Camarillo CA 93011 | ars national services<br>po box 469046<br>Escondido CA 92046-9046 | asset care<br>3400 texoma pkwy<br>ste 300<br>Sherman TX 75090-1910 |
| bay care<br>po box 31696<br>Tampa FL 33631-3696 | berkovitch and bouskila<br>1545 us 202<br>ste 101<br>Pomona NY 10970-2951 | bfg llc<br>116 west 23rd st<br>ste 74<br>New York NY 10011-2599 |
| caci<br>po box 791<br>Bridgeton MO 63044-0791 | capio partners<br>3400 texoma pkwy<br>ste 100<br>Sherman TX 75090-1905 | cbe<br>po box 2217<br>Waterloo IA 50704-2217 |

```
childrens medical                clearwater pathology              crown asset
31860 us 19 north                po box 14433                      3100 breckinridge blvd
Palm Harbor FL 34684-3713        Orlando FL 32814                  ste. 725
                                                                   Duluth GA 30096-7605


dedicated ffinancial             direct tv                         elan financial
1970 oakcrest ave                po box 5007                       po box 7790084
ste 217                          Carol Stream IL 60197-5007        Saint Louis MO 63179
Saint Paul MN 55113-2624


florida hospital                 florida sports ortho              holloway funding
po box 864810                    po box 14000                      1416 s. main st
Orlando FL 32886-4810            Belfast ME 04915-4033             Adrian MI 49221-4364


mitchell d bluhm                 navient                           nyse market
1313 n. travis st                po box 740351                     po box 73514
ste 103                          Atlanta GA 30374-0351             Chicago IL 60673-7514
Sherman TX 75092-5165


portfolio                        richard radman                    rocket loan
po box 12903                     708 jupiter st                    1274 library st
Norfolk VA 23541-0903            Golden CO 80401                   2nd floor
                                                                   Detroit MI 48226-2256


sls                              suncoast roofing solutions        usb bank
323 5th st                       6222 IROQUOIS CT                  c/o joshua s. bratspies
Eureka CA 95501-0305             Odessa FL 33556-3322              210 park ave
                                                                   2nd floor
                                                                   NJ 07932-1056


westchase community ass          BRIAN PETER TROIANO               Kelly Remick
4131 Gunn Hwy                    12191 W. LINEBAUGH AVE.           Chapter 13 Standing Trustee
Tampa FL 33618-8725              PMB #512                          Post Office Box 89948
                                 Tampa, FL 33626-1732              Tampa, FL 33689-0416


Thomas A Nanna
Thomas A Nanna PA
PO Box 66626
St. Pete Beach, FL 33736-6626
```

       The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
       by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
ACSI                             AMERIFIRST HOME IMPROVEMENT FINANCE    Compass Bank
2802 OPRYLAND DR                 ATTN: BANKRUPTCY                       PO Box 10566
Nashville TN 37214               11171 MILL VALLEY RD                   Birmingham AL 35296
                                 OMAHA NE 68154
```

```
DSNB BLOOMINGDALES              (d)PNC BANK                     UBS BANK USA
ATTN: BANKRUPTCY                PO BOX 856177                   299 SOUTH MAIN STREET
PO BOX 8053                     Louisville KY 40285             SALT LAKE CITY UT 84111
MASON OH 45040


US BANK
PO BOX 790408
Saint Louis MO 63179
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

```
SLS
8742 LUCENT BLVD
STE. 300
Littleton CO 80129
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)U.S. Bank Trust National Association, as T   (u)U.S.Bank Trust National Association, as Tr   (d)Ally Bank c/o AIS Portfolio Services, LLC
                                                                                                4515 N. Santa Fe Ave. Dept. APS
                                                                                                Oklahoma City, OK 73118-7901


(u)FNBO SLICE                   End of Label Matrix
                                Mailable recipients    111
                                Bypassed recipients      4
                                Total                  115
```