**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                    Case Number: 8:25-bk-00845-CED
                                                                                    Chapter:  **13**

**BRIAN PETER TROIANO**

_____Debtor\_\_\_\_  _____/

**OBJECTION TO CLAIM NUMBER 2-1**
**OF DEPARTMENT OF THE TREASURY-INTERNAL REVENUE SERVICE**

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

   If you object to the relief requested in this paper you must file a response with the Clerk of Court at 801 N. Florida Avenue, Ste. 555, Tampa, FL 33602 [and, if the moving party is not represented by an attorney, mail a copy to the moving party at PO Box 66626, St. Pete Beach, FL 33736 within thirty (30) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

   If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

   **You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response**

   Debtor, by the undersigned Counsel, files this Objection to Claim Number 2-1 of Department of the Treasury- Internal Revenue Service ("IRS") on the following grounds:

1. IRS filed Proof of Claim 2-1 with an unsecured priority component of $17,200.00, a secured component of $134,550.00 and a general unsecured portion of $140,983.03 ("Claim").

2. The Claim states that the Unsecured Priority component is "estimated" and "based on available information because the return has not been filed" for the 2022, 2023 and 2024 tax years.

3. Debtor has filed the 2022, 2023 and 2024 Federal Income Tax Returns which indicate zero tax liability.

4. Debtor objects solely to the Unsecured Priority component to the Claim, on the basis that, the unsecured Priority portion of the claim should be disallowed.

**WHEREFORE**, Debtor prays that this Court sustain this Objection, thereby allowing Claimant an Unsecured Priority claim.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Objection has been furnished via U.S. Mail to Interal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346; Internal Revenue Service, PO Box 7317, Philadelphia, PA 19101-7346; Internal Revenue Service, 400 W. Bay Street, M/S 5730, Jacksonville, FL 32202; Attn: JEAN BENNETT and to Kelly Remick - Ch. 13 Trustee,  PO. Box 89948, Tampa, FL 33689-0416 on July 24, 2025.

/s/ Thomas A. Nanna

_____
**THOMAS A. NANNA, ESQ.  - FLA BAR NO. 45543**
THOMAS A. NANNA, P.A.
PO BOX 66626
ST. PETE BEACH, FL 33736
 PHONE (813) 323-2395