ORDERED.

Dated:  September 05, 2025

_____
Caryl E. Delano
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:                                                    Case Number: 8:25-bk-0845-CED
                                                          Chapter:  13

**BRIAN PETER TROIANO**

   Debtor.
_____/

### ORDER SUSTAINING OBJECTION TO CLAIM NUMBER 2-1
### OF DEPARTMENT OF THE TREASURY-INTERNAL REVENUE SERVICE

**THIS CASE** came on for consideration on Debtor's Objection to Claim No.2-1 of Dept. of the Treasury- Internal Revenue Service ("Claimant") (Related Doc. No. 23) ("Objection").  The Court considered the record and finds that Claimant failed to file a timely response, and therefore is deemed not to oppose the Objection.  Accordingly, it is

**ORDERED** that the Objection be, and the same is hereby **SUSTAINED**.  It is further

**ORDERED** that Claimant shall have a secured claim of $134,550 and a general unsecured claim of $140,983.03. It is further

**ORDERED** that the unsecured priority tax claims totaling $17,200 for the years 2022, 2023 and 2024 are disallowed.

Attorney Thomas A. Nanna is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.