

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/03/2025 01:35 PM

COURTROOM   9A

**HONORABLE CARYL DELANO**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:25-bk-00845-CED | 13 | 02/11/2025 |

Chapter 13

**DEBTOR:**   BRIAN TROIANO

**DEBTOR ATTY:**   Thomas Nanna

**TRUSTEE:**   Kelly Remick

**HEARING:**

2nd Continued Confirmation Hearing
- Objection to Confirmation of Debtor's Proposed Chapter 13 Plan Filed by Melbalynn Fisher on behalf of Creditor U.S.Bank Trust National Association, as Trustee of BKPL-EG Basket Trust (related document(s)[2]). (Fisher, Melbalynn) Doc #16

**APPEARANCES:**: Thomas Nanna, Lydia Gazda, Melbalynn Fisher

**WITNESSES:**

**EVIDENCE:**

**RULING:**   (J)
2nd Continued Confirmation Hearing -   Confirmed with modifications O/Trustee

- Objection to Confirmation of Debtor's Proposed Chapter 13 Plan Filed by Melbalynn Fisher on behalf of Creditor U.S.Bank Trust National Association, as Trustee of BKPL-EG Basket Trust (related document(s)[2]). (Fisher, Melbalynn) Doc #16
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.