**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                          Case No. 8:25-bk-00845-CED
                                                                Chapter 13
BRIAN PETER TROIANO

Debtor(s)*

_____

**TRUSTEE'S MOTION TO DISMISS FOR**
**FAILURE TO MAKE PAYMENTS TO THE TRUSTEE**

Kelly Remick, the Chapter 13 Standing Trustee, by and through her undersigned

attorney, hereby moves to dismiss the above-styled Chapter 13 case, and in support

thereof would state as follows:

1.    As of January 22, 2026, the Debtor is delinquent in payments ordered to be

paid to the Chapter 13 Trustee to the extent of $31,492.98, which sum is through and

including the January 2026 payment.

2.    The Debtor's failure to make timely payments to the Chapter 13 Trustee is

contrary to the terms of the Administrative Order entered in this case and as such

constitutes grounds for dismissal pursuant to 11 U.S.C. §1307(c)(1) as a willful failure of

the Debtor to abide by Orders of the Court and as an unreasonable delay that is prejudicial

to creditors.

WHEREFORE, the Trustee respectfully requests that the Court enter an order

dismissing the Debtor's case for failure to make plan payments for the above-styled

_____

*All reference to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two
individuals.

Chapter 13 case, together with such other and further relief as the Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Motion to Dismiss for Failure to Make Payments to the Trustee was furnished, by U.S. Mail and/or CM/ECF, to BRIAN PETER TROIANO  at 12191 W. LINEBAUGH AVE., PMB #512 Tampa, FL  33626 and Thomas A Nanna, PA, Post Office Box 66626, St. Pete Beach, FL 33736 on January 22, 2026.

/s/ William C. Harrison, Esquire
WILLIAM C. HARRISON, ESQUIRE
Attorney for the Trustee
Florida Bar No. 0896731
P. O. Box 89948
Tampa, FL  33689-0416
Phone (813) 658-1165
Facimile (813) 658-1166

KR/WCH/ns