**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re:<br>BRIAN PETER TROIANO<br><br>Debtor(s) | Case No. 8:25-bk-00845-CED<br>Chapter 13 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Kelly Remick, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 02/11/2025.

2) The plan was confirmed on 11/20/2025.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 04/29/2026.

6) Number of months from filing or conversion to last payment: 13.

7) Number of months case was pending: 18.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $1,001.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $122,179.02 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$122,179.02**

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $1,650.05 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $12,217.90 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$13,867.95** |

Attorney fees paid and disclosed by debtor: $3,600.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACSI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACSI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ADVENT HEALTH | Unsecured | 4,450.00 | NA | NA | 0.00 | 0.00 |
| alliance one | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Ally Bank | Secured | 51,450.00 | 51,119.96 | 0.00 | 0.00 | 0.00 |
| ALLY FINANCIAL, INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERIFIRST HOME IMPROVEMENT I | Unsecured | 42,325.00 | NA | NA | 0.00 | 0.00 |
| arm | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ars national services | Unsecured | 9,000.00 | NA | NA | 0.00 | 0.00 |
| asset care | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| bay care | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| BAYCARE HEALTH | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| BayCare Medical Group | Unsecured | NA | 265.20 | 265.20 | 0.00 | 0.00 |
| Berkovitch & Bouskila, PLLC | Unsecured | 8,000.00 | NA | NA | 0.00 | 0.00 |
| bfg llc | Unsecured | 640.00 | NA | NA | 0.00 | 0.00 |
| BUSINESS CARD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| caci | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| capio partners | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 7,452.00 | NA | NA | 0.00 | 0.00 |
| CARDMEMBER | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| cbe | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| childrens medical | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| clearwater pathology | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK/VICTORIA SECRET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| crown asset | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| dedicated ffinancial | Unsecured | 9,000.00 | NA | NA | 0.00 | 0.00 |
| Department of the Treasury | Priority | NA | 17,200.00 | NA | 0.00 | 0.00 |
| Department of the Treasury | Unsecured | NA | 140,983.03 | 140,983.03 | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Department of the Treasury | Secured | 0.00 | 134,550.00 | 134,550.00 | 58,796.59 | 3,760.69 |
| Direct TV | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| DSNB BLOOMINGDALES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| elan financial | Unsecured | 9,800.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY MEDICAL | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| First National Bank of Omaha | Unsecured | 42,820.00 | 41,964.80 | 41,964.80 | 0.00 | 0.00 |
| Florida Hospital | Unsecured | 3,310.00 | NA | NA | 0.00 | 0.00 |
| FLORIDA HOSPITAL NEW SMYRNA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| florida sports ortho | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| GABA LAW CORP | Unsecured | 50,000.00 | NA | NA | 0.00 | 0.00 |
| GM FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GM FINANCIAL leasing | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GULF COAST COLL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Higher ED Loan Auth of MO | Unsecured | 12,295.00 | 0.00 | 12,381.25 | 0.00 | 0.00 |
| Holloway Funding | Secured | 0.00 | 8,350.00 | 8,350.00 | 3,645.23 | 299.50 |
| IC System | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| IDEAL COLL | Unsecured | 2,813.00 | NA | NA | 0.00 | 0.00 |
| JPMCB | Unsecured | 25,348.00 | NA | NA | 0.00 | 0.00 |
| JPMCB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MANUEL GIALOUSIS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Medicredit | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| mitchell d bluhm | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL ENTERPRISE | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| navient | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NEWREZ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| nyse market | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Unsecured | 4,086.00 | NA | NA | 0.00 | 0.00 |
| portfolio | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PROSPER | Unsecured | 10,000.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group LLC | Unsecured | NA | 113.00 | 113.00 | 0.00 | 0.00 |
| RADIOLOGY SPEC OF FLA | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| RADIUS GLOBAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RENEW FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RENEW FINANCIAL | Secured | 40,000.00 | NA | NA | 0.00 | 0.00 |
| richard radman | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| rocket loan | Unsecured | 13,000.00 | NA | NA | 0.00 | 0.00 |
| rocket loan | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RocketLoans | Unsecured | 15,056.00 | 15,056.83 | 15,056.83 | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SLICE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| suncoast roofing solutions | Secured | 12,000.00 | NA | NA | 0.00 | 0.00 |
| Tampa Bay Radiology | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Tampa Bay Radiology | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| TOYOTA FINANCIAL SERVICES | Unsecured | 23,810.00 | NA | NA | 0.00 | 0.00 |
| TOYOTA FINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Toyota Motor Credit Corporation | Secured | 22,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UBS BANK | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| UBS Bank USA | Unsecured | 19,039.00 | 20,322.74 | 20,322.74 | 0.00 | 0.00 |
| US Bank Trust National Association as Tr | Secured | 620,000.00 | 634,909.09 | 0.00 | 39,216.10 | 0.00 |
| US Bank Trust National Association as Tr | Secured | NA | 180,835.22 | 180,835.22 | 0.00 | 0.00 |
| US Bank Trust National Association as Tr | Secured | NA | 2,801.15 | 2,801.15 | 0.00 | 0.00 |
| US Bank Trust National Association as Tr | Secured | NA | 865.00 | 865.00 | 0.00 | 0.00 |
| usb bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | 16,726.00 | NA | NA | 0.00 | 0.00 |
| WEST PARK VILLAGE APTS | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Westchase Community Association Inc | Secured | NA | 2,648.21 | 2,648.21 | 933.82 | 567.14 |
| Westchase Community Association Inc | Secured | 0.00 | 2,648.21 | 0.00 | 1,092.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Westchase Community Association Inc | Secured | NA | 78.00 | 78.00 | 0.00 | 0.00 |
| WF/PREFERRED | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $2,801.15 | $39,216.10 | $0.00 |
| Mortgage Arrearage | $180,835.22 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $146,491.21 | $64,467.64 | $4,627.33 |
| **TOTAL SECURED:** | **$330,127.58** | **$103,683.74** | **$4,627.33** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$231,086.85** | **$0.00** | **$0.00** |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $13,867.95 | |
| Disbursements to Creditors | $108,311.07 | |
| **TOTAL DISBURSEMENTS** : | | **$122,179.02** |

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Dated: 08/20/2026 By: /s/ Kelly Remick
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.